```
IN RE:                                              CASE NO. 08-54467-S
```
# FILED
## 2010 JAN 14 PM 3:25
```
PAULA LYNN BARNETT                                  CHAPTER 7
          U.S. BANKRUPTCY COURT
          NORTHERN DISTRICT OF OHIO
    Debtor       AKRON                              REPORT OF DIVIDEND
                                                    UNDER FIVE DOLLARS
```

Harold A. Corzin, Trustee herein, reports that check #108 in the amount of $.81 was issued on January 10, 2010 to the Clerk of Courts in payment of a dividend under $5.00 for the following unsecured creditor:

                                                        Amt. of Dividend

Claim #1    Pyramed Healthcare Group, LTD              $      .81
            Tri-City Family Medicine Inc
            1200 E Broad St
            PO Box 30
            Elyria, OH 44036

TOTAL:                                                 $      .81



```
                            _____
                            HAROLD A. CORZIN, TRUSTEE
                            304 N. Cleveland-Massillon Rd.
                            Akron, Ohio 44333
                            (330) 670-0770
```

January 12, 2010

ck # 108

receipt # 81206